**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JOSE GUILLERMO MEDRANO AGUILAR,
OSCAR GUSTAVO VELASQUEZ
GUERRERO, and ROMULO DINAEL           20-cv-03621-BMC
GARCIA MIRANDA, *individually and on
behalf of others similarly situated,*

                *Plaintiffs,*

-against-

MERCHATZ & CO LTD (D/B/A
SPARKLYN CAR WASH), JOEL
FALKOWITZ, ABRAHAM DOE, SELVIN
ENAMORADO, and ELVIN DOE,

                *Defendants.*
----------------------------------------------------------X

## [Proposed] JUDGMENT

On February 3, 2021 Plaintiff's filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs JOSE GUILLERMO MEDRANO AGUILAR, OSCAR GUSTAVO VELASQUEZ GUERRERO, and ROMULO DINAEL GARCIA MIRANDA have judgment against Defendants MERCHATZ & CO LTD (D/B/A SPARKLYN CAR WASH), JOEL FALKOWITZ, ABRAHAM SPIRA, and SELVIN ENAMORADO, in the amount of $35,000, (Thirty-Five Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: Feb. 3 , 2021

Digitally signed by
Brian M. Cogan

                **HON. BRIAN M. COGAN**